## (March 18, 1971)

In the Matter of the Arbitration between ALLSTATE INSURANCE COMPANY, Appellant, and BRUCE OBERFAST, Respondent.—

Concur.— Stevens, P. J., Capozzoli, McGivern, Nunez and McNally, JJ.